IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AMBER DAWN TERRELL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF WEST DES MOINES, CHRIS SCOTT individually and in his capacity as Chief of Police of the West Des Moines Police Department, LEE GEBHARDT individually and in his capacity as a Police Officer of the West Des Moines Police Department, ADAM PORATH individually and in his capacity as a Police Officer of the West Des Moines Police Department,<br><br>　　　Defendants. | CASE NO. 4:22-cv-390<br><br><br>**NOTICE OF REMOVAL OF ACTION FROM THE IOWA DISTRICT COURT FOR POLK COUNTY, CASE NO. LACL153923 BASED ON FEDERAL JURISDICTION** |

　　　PLEASE TAKE NOTICE that Defendants, City of West Des Moines, Chris Scott, Lee Gebhardt, and Adam Porath (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441(c), and 1446(a) and (b), file this Notice of Removal Based on Federal Jurisdiction, to remove to the United States District Court for the Southern District of Iowa an action initiated against it in the Iowa District Court for Polk County. Removal of this action is based on the following:

　　　1.　　Plaintiff filed a Petition in the Iowa District Court for Polk County, Iowa on September 19, 2022.

　　　2.　　Defendants accepted service on November 4, 2022. Removal is therefore timely.

　　　3.　　The Petition includes federal question claims in Count I (4th Amendment and/or 14th Amendment, 42 U.S.C. § 1983); Count II, (4th Amendment, 42 U.S.C. § 1983); Count III (5th Amendment and/or 14th Amendment, 42 U.S.C. § 1981 and 42 U.S.C. § 1983); Count IV,

(4th Amendment and/or 14th Amendment, 42 U.S.C. § 1983); and Count V, (4th Amendment and/or 14th Amendment, 42 U.S.C. § 1983);

4. Count's VI, VII, VIII, IX, X, and XI are based on the laws of the State of Iowa.

5. Pursuant to 28 U.S.C. § 1446(a) and L.R. 81(a), copies of all pleadings and orders filed in the state court case are attached to the Local Rule 81(a) Statement as **Exhibits A – E.**

6. Defendants have furnished a copy of this Notice of Removal to the Clerk of the District Court in and for Polk County, and to counsel for Plaintiff.

## Venue

7. The Southern District of Iowa is the federal district embracing Polk County, where the suit was originally filed. Venue, therefore, is appropriate in this district, pursuant to 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Iowa District Court in and for Polk County.

9. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to it and expressly reserves all such defenses, objections, and motions.

## Basis of Removal – Federal and Supplemental Jurisdiction

10. This action may be properly removed pursuant to 28 U.S.C. §§ 1331 and 1367. The action is a civil action that, in part, includes claims that arise out of the laws of the United States, including Counts I through V. This Court has original jurisdiction over the federal question claims. This Court has supplemental jurisdiction over the non-federal claims in Count VI through XI because they are so related to the federal law claims that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367(a). Thus, removal of the entire action is proper pursuant to 28 U.S.C. §§ 1441 and 1367.

**Statement of the Facts Demonstrating Satisfaction of Federal Jurisdiction**

11. Counts I through V of the Petition each claim the Defendants unlawfully deprived Plaintiff of her United States Constitutional rights under 42 U.S.C. § 1983 and/or 42 U.S.C. § 1983.

**Consent**

12. Counsel for Defendants are duly authorized to effect removal on behalf of Defendants, who consent to the same.

13. The facts set forth in this Notice of Removal are true and correct to the best of the undersigned's knowledge, information and belief.

14. Defendants and its counsel reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, City of West Des Moines, Chris Scott, Lee Gebhardt, and Adam Porath, pray that the action currently pending against them in the Iowa District Court for Polk County be removed to the United States District Court for the Southern District of Iowa, Central Division, and that this Court assume full jurisdiction over the causes herein as provided by law and grant other relief the Court deems just and proper.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Logan S. Kraus, AT0013433
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa  50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email: mike.richards@dentons.com
Email: logan.kraus@dentons.com
ATTORNEYS FOR DEFENDANTS
CITY OF WEST DES MOINES, CHRIS SCOTT,
LEE GEBHARDT, AND ADAM PORATH

Copies to:

Adam C. Witosky
Christopher Stewart
GRIBBLE, BOLES, STEWART &
WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Email: awitosky@gbswlaw.com
Email: cstewart@gbswlaw.com
ATTORNEYS FOR PLAINTIFF

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on **November 16, 2022,** by: |
| __ U.S. Mail              __ FAX |
| __ Hand Delivered    __ Overnight Courier |
| __ Federal Express    X  Other: CM-ECF/EDMS |
| Signature:   /s/ Michael C. Richards |